UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| v. | : | Magistrate No. 20-16169 |
| RAFEEAH B. McGAHEE | : | ORDER FOR DISMISSAL |

       Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 9452996 against defendant Rafeeah B. McGahee, which was filed on August 09, 2020, charging him with: Criminal Possession of a Controlled Dangerous Substance, for the reason that prosecution of defendant Rafeeah B. McGahee is being deferred under the terms of a pretrial diversion agreement.

       This dismissal is without prejudice and is pending the successful completion by defendant Rafeeah B. McGahee of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

                                                  _____
                                                  Philip Sellinger
                                                  United States Attorney

Leave of Court is granted for the filing of the
foregoing dismissal.

                                          _____
                                          HON. TONIANNE J. BONGIOVANNI
                                          United States Magistrate Judge

Dated:    7/26/22